## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-2746

XANTERRA SOUTH RIM, L.L.C.,

                Plaintiff,

v.

SALLY JEWELL, Secretary of the Interior,
UNITED STATES DEPARTMENT OF THE INTERIOR,
JONATHAN JARVIS, Director of the National Park Service,
SUE MASICA, Regional Director, Intermountain Region, National Park Service, and
UNITED STATES NATIONAL PARK SERVICE,

                Defendants.

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### INTRODUCTION

The National Park Service's ("NPS's") arbitrary and capricious actions threaten operations at one of the crown jewels of America's national park system, the South Rim of Grand Canyon National Park (the "Park"). Xanterra currently operates most of the lodging and other concessions at the Park, including El Tovar Hotel, Phantom Ranch, and Bright Angel Lodge and Cabins. NPS has so seriously mismanaged efforts to award two new concession contracts to provide lodging, dining and other services that Park visitors may arrive in January 2015 (when Xanterra's contract terminates) to find many of the Park's iconic facilities shuttered.

Concession contracts must, by statute, afford concessioners a "reasonable opportunity for net profit in relation to capital invested and the obligations of the contract." 16 U.S.C. § 5956(a). NPS has long relied upon concession contractors to fund significant capital projects, such as